**Order entered November 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00040-CV

### IN THE INTEREST OF M.A.M., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-03-14732-T**

## ORDER

We **REINSTATE** this appeal.

In an order dated September 25, 2014, we abated this appeal to allow the trial court to conduct a hearing and make findings of fact and conclusions of law regarding accurate copies of two orders. The Court has now received a supplemental clerk's record containing both the trial court's findings of fact and conclusions of law and accurate copies of the two orders. We have also received the supplemental reporter's record of the hearing.

/s/    ELIZABETH LANG-MIERS
          JUSTICE